# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 13, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160466(39)

TAYLOR MADISON, a Minor, by her Next
Friend, LATRESE DICKENS,
        Plaintiff-Appellee,

v

AAA OF MICHIGAN,
        Defendant-Appellant.

_____/

SC: 160466
COA: 342868
Wayne CC: 17-011570-AV

On order of the Chief Justice, the motions of defendant-appellant to extend the time for filings its reply and to exceed the page limitation are GRANTED. The 16-page reply submitted on December 11, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2019



Clerk